UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

NICKOLAS JAX WOOD,

      Plaintiff,

      v.                                    Case No. 26-CV-38

MARINETTE COUNTY SHERIFF OFFICE et al.,

      Defendants.

---

**ORDER**

---

Plaintiff Nickolas Jax Wood, who is incarcerated at Marinette County Jail and representing himself, filed this 42 U.S.C. § 1983 case. On January 8, 2026, along with his complaint, Plaintiff filed a motion for leave to proceed without prepaying the filing fee. The Prison Litigation Reform Act applies to this case because Plaintiff was incarcerated when he filed his complaint. That statute allows prisoners to proceed without prepaying the full filing fee if, when they have assets or means, they first pay an initial partial filing fee. 28 U.S.C. § 1915(b). On February 5, 2026, the Court ordered Plaintiff to pay an initial partial filing fee of $45.90 within thirty days or advise the Court in writing why he was unable to submit the assessed amount. Dkt. No. 7. On March 10, 2026, the Court advised that, if it did not receive the $45.90 initial partial filing fee by March 23, 2026, or some explanation as to why it has not been paid, the Court will deny Plaintiff's motion to proceed without prepayment of the filing fee and dismiss the case. Dkt. No. 8. The deadline has passed, and the Court has not received the fee nor has Plaintiff informed the Court of any challenges he faced in arranging submission of the fee.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for leave to proceed without prepaying the filing fee (Dkt. No. 2) is **DENIED** based on his failure to pay the initial partial filing fee, and this case is **DISMISSED without prejudice** based on his failure to pay the filing fee.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff must pay the $350 statutory filing fee.  Accordingly, the agency having custody of Plaintiff shall collect from his institution trust account the $350 statutory filing fee by collecting monthly payments from Plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2).  The payments shall be clearly identified by the case name and number assigned to this action.  If Plaintiff is transferred to another institution, the transferring institution shall forward a copy of this Order along with Plaintiff's remaining balance to the receiving institution.

**IT IS FURTHER ORDERED** that copies of this Order be sent to the officer in charge of the agency where Plaintiff is located.

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment accordingly.

Dated at Green Bay, Wisconsin on April 6, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge

2